UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Robert Ziegler, | Case No.: 17-cv-2102-AJB-BLM |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| Betty T. Yee, California State Controller, Defendant. | |

Pro se plaintiff Robert Ziegler, who refers to himself as "i: a man; *prosecutor*," filed a complaint against the California State Controller, Betty Yee. (Doc. No. 1.) Under Federal Rule of Civil Procedure 12(h)(3), the Court can dismiss the case "at any time" if it determines it "lacks subject-matter jurisdiction . . . ." Federal Courts have "an independent obligation to address sua sponte whether [it] has subject-matter jurisdiction." *Dittman v. California*, 191 F.3d 1020, 1025 (9th Cir. 1999).

Ziegler filed his complaint under diversity jurisdiction. (Doc. No. 1-1 at 1.) To meet the requirements of diversity jurisdiction, there must be complete diversity between the plaintiff and the defendant, meaning no plaintiff can be the citizen of the same state as any defendant. 28 U.S.C. § 1331; *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005). Here, Ziegler's complaint fails to show there is any diversity between himself and Yee. Ziegler's address is located within the state of California and the defendant is the Controller of California.

1  Because diversity jurisdiction is not met, the Court **DISMISSES** the case without
2  prejudice.

**IT IS SO ORDERED.**

Dated: October 20, 2017

                                      Hon. Anthony J. Battaglia
                                      United States District Judge